Case 1:19-cr-00862-VEC   Document 631   Filed 11/11/21   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
UNITED STATES OF AMERICA          :
                                  :    19-CR-862 (VEC)
    -against-                  :
                                  :    ORDER
JUPANKY PIMENTEL,                 :
                                  :
                Defendant.   :
----------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 11, 2021, the parties appeared for a hearing in this matter;

    IT IS HEREBY ORDERED that the C.J.A. attorney assigned to this case, Calvin Scholar, is hereby ordered substituted and the representation of the Defendant is assigned to Michael Sporn. Mr. Sporn must file a notice of appearance by no later than **Wednesday, November 17, 2021**.

    IT IS FURTHER ORDERED that a status conference will be held on **Thursday, January 6, 2022 at 3:30 P.M.** The status conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

    IT IS FURTHER ORDERED that given the complexities and delays associated with reviewing discovery, meeting with counsel, discussing potential dispositions, and preparing for trial during the COVID-19 pandemic, the Court finds that the ends of justice in accommodating those delays outweigh the Defendant's and the public's interests in a speedy trial, and that exclusion of time between now and February 28, 2022 is warranted pursuant to 18 U.S.C. § 3161(h)(7).

    IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire

and have his or her temperature taken.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

The Clerk of Court is respectfully directed to terminate Calvin Scholar as counsel for Mr. Pimentel.

**SO ORDERED.**

**Dated: August 16, 2021**
　**New York, NY**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　**United States District Judge**