USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
  UNITED STATES OF AMERICA                                   :
                                                             :
        -against-                                            :    19-CR-862 (VEC)
                                                             :
                                                             :       ORDER
  MARK WOODS, WILLIAM GONZALEZ,                              :
  JUPANKY PIMENTEL,                                          :
                                                             :
                                   Defendants.               :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference with Defendants Mark Woods, William Gonzalez, and Jupanky Pimentel is scheduled for Thursday, January 6, 2022 at 3:30 P.M., Dkts. 631, 632;

IT IS HEREBY ORDERED that a joint letter updating the Court on the status of this matter is due no later than **Monday, January 3, 2022**.

**SO ORDERED.**

Dated: December 13, 2021
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**