USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA          :
                                  :
    -against-                     :       19-CR-862 (VEC)
                                  :
                                  :       ORDER
MARK WOODS, WILLIAM GONZALEZ,     :
JUPANKY PIMENTEL,                 :
                                  :
                      Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference with Defendants Mark Woods, William Gonzalez, and Jupanky Pimentel is scheduled for Thursday, January 6, 2022 at 3:30 P.M., Dkts. 631, 632; and

WHEREAS the number of COVID-19 cases in New York City has spiked recently given the emergence and proliferation of the Omicron variant.

IT IS HEREBY ORDERED that the status conference is adjourned to **Thursday January 13, 2022 at 10:30 A.M.**  The conference will be held in person in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  Per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

IT IS FURTHER ORDERED that a joint letter updating the Court on the status of this matter remains due no later than **Monday, January 3, 2022**.

**SO ORDERED.**

**Dated: December 22, 2021**
       **New York, NY**

                                                             **VALERIE CAPRONI**
                                                          **United States District Judge**