```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA                :
        -against-                               :    19-CR-862 (VEC)
JUPANKY PIMENTEL,                            :    ORDER
                                     Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on October 17, 2023, the Court ordered the parties to show cause why the matter should not be unsealed in light of Mr. Pimentel's testimony as a cooperating witness in *Untied States v. Garcia*, No. 19-CR-862; and

    WHEREAS on October 23, 2023, the parties informed the Court that they did not object to unsealing the matter.

    IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to unseal this case.

**SO ORDERED.**

Date:  October 23, 2023
            New York, NY

                                                                **VALERIE CAPRONI**
                                                                 United States District Judge