UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
: 19-CR-862 (VEC)
-against- :
: <u>SEALED ORDER</u>
JUPANKY PIMENTEL, :
:
Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 3, 2021, the Government informed the Court that it had learned about a potential conflict of interest between Mr. Pimentel and his current defense counsel, Calvin Scholar;

WHEREAS on August 3, 2021, the Court appointed the C.J.A. attorney assigned to receive cases that day, Michael H. Sporn, as independent counsel for the purpose of meeting with Mr. Pimentel and evaluating what, if any, conflict may exist;

WHEREAS the Court instructed the Government, Mr. Sporn, Mr. Scholar and Mr. Pimentel to appear at a conference on August 16, 2021;

WHEREAS the Government, Mr. Sporn, and Mr. Pimentel appeared, but Mr. Scholar did not appear;

WHEREAS Mr. Scholar later informed the Court that due to preparation for trial in a different matter, he did not accurately record the date of the conference in his calendar;

WHEREAS Mr. Sporn and the Government explained the nature of the potential conflict to the Court; and

WHEREAS Mr. Pimentel confirmed that he understood the potential conflict and that he preferred to remain with Mr. Scholar, his current defense counsel, assuming that Mr. Scholar would speak with him more frequently;

IT IS HEREBY ORDERED that Mr. Scholar must speak with his client either in person or by phone by no later than **Wednesday, August 25, 2021**. By no later than **Friday, August 27, 2021**, Mr. Scholar must inform the Court that he spoke with his client and confirm that Mr. Pimentel would like to continue with Mr. Scholar as his defense attorney. Mr. Scholar must submit that letter to Chambers via email.

**SO ORDERED.**

Dated: August 16, 2021
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**