

**MEMO ENDORSED**

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

October 22, 2021

**TO BE FILED UNDER SEAL**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE:   *United States v. Jupanky Pimentel*
      19 Cr. 862 (VEC)

Dear Judge Caproni:

    I represent the defendant, Jupanky Pimentel, in the above referenced matter. I have recently become aware of a conflict that prevents me from representing Mr. Pimentel. Accordingly, it is respectfully requested that the Court appoint new counsel or schedule a substitution of counsel hearing. Although the Court conducted an inquiry regarding the nature of the conflict, after an additional review and conferring with the Government, counsel respectfully requests that the Court appoint new counsel out of an abundance of caution.

    The Court's time and attention to this matter are greatly appreciated.

Very truly yours,

/s/

Calvin H. Scholar

CHS/jb

cc:   All counsel, by Email

A change-of-counsel conference is hereby scheduled for **Monday, November 8, 2021 at 2:00 P.M.** Mr. Scholar, Mr. Sporn, and the Government must attend the conference. The Court will determine whether it will appoint Mr Sporn and relieve Mr. Scholar at the conference.

Per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

SO ORDERED.

*[signature: Valerie Caproni]*

Date: October 26, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE