UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

JUPANKY PIMENTEL,

Defendant.

**SEALED ORDER**

19 Cr. 862 (VEC)

WHEREAS, an application has been made by the United States of America, with the defendant's consent, for the closing of the courtroom for the above-captioned defendant's guilty plea on May 16, 2022 (the "Proceeding"); the sealing of the transcript of the Proceeding, the superseding information and plea agreement; and the temporary delay of any docket entries in the above-captioned case relating to the Proceeding;

WHEREAS, the Court finds that the safety of the defendant and others may be placed at risk and active law enforcement investigations may be compromised if the Government's application is not granted;

IT IS HEREBY ORDERED that the courtroom shall be closed for the Proceeding; the transcript of the Proceeding, the superseding information and plea agreement, this Order, and the Government's application for this Order, shall be sealed; and

IT IS FURTHER ORDERED that no docket entries concerning the Proceeding, including any notice of the Proceeding, shall be made in the above-captioned matter until further order by this Court; and

1

IT IS FINALLY ORDERED that counsel for the defendant and the Government may be provided a copy of the transcript of the Proceeding without further Order of the Court.

SO ORDERED:

Dated:	New York, New York
	May 11, 2022

_____
THE HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK