UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                :
           -against-                :  19-CR-862 (VEC)
                                      :
JUPANKY PIMENTEL,                       :  <u>SEALED ORDER</u>
                              Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 22, 2023, the parties requested that the Court schedule a sentencing hearing in this matter.

IT IS HEREBY ORDERED that Mr. Pimentel will be sentenced on **Friday, December 15, 2023, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' sentencing submissions are due by **December 1, 2023**.

IT IS FURTHER ORDERED that the parties must show cause why the matter should not be unsealed in light of Mr. Pimentel's testimony as a cooperating witness in *United States v. Garcia*, No. 19-CR-862, by **October 20, 2023**.

**SO ORDERED.**

Date:  October 17, 2023
       New York, NY

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**